UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WILLIAM JEFFREY WHITMORE,

        Petitioner,

Case No. 1:19-cv-785

v.

Honorable Paul L. Maloney

DEWAYNE BURTON,

        Respondent.

_____/

## **JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to comply with the Court's orders.

Dated:   February 13, 2020              /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge